463 A.2d 53

Commonwealth v. Belmonte, Appellant.
Petition for Allowance of Appeal
Denied Mar. 19, 1984.

Argued February 15, 1983.  Gwanita G. Hester, Assistant Public Defender, for appellant;  J. William Ditter, Assistant District Attorney, for Commonwealth, appellee.

618

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

Judgment of sentence dated March 12, 1982 is affirmed.